UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELSTER SOLUTIONS, LLC , a Delaware Limited Liability Company,<br>Plaintiff,<br>                           Plaintiff,<br>vs.<br>THE CITY OF SEATTLE, a municipal corporation; SEATTLE CITY LIGHT, a publicly owned utility; MUCKROCK FOUNDATION, INC., a Massachusetts corporation; and PHIL MOCEK, an individual<br>                           Defendant. | NO. 2:16-cv-00771<br><br>**MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION** |

TO:        ALL PARTIES HEREIN AND TO THEIR COUNSEL OF RECORD

AND TO:   CLERK OF THE ABOVE-ENTITLED COURT

      Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiff Elster Solutions, LLC ("Elster") moves this Court for temporary and preliminary injunctive relief against Defendant Seattle City Light ("SCL") as follows:

(i)    A temporary restraining order enjoining SCL from releasing or otherwise disclosing any confidential financial, commercial and proprietary information, including without limitation any trade secret information, contained in documents Elster submitted to

00246065-1
PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION -1 (2:16-cv-00771)

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

1  SCL in connection with SCL's RFP for "SCL-RFP3404, Advanced Metering
2  Infrastructure," to preserve the status quo until such time that a hearing can be held on
3  a preliminary and/or permanent injunction; and

4  (ii)  an Order to Show Cause why a preliminary and/or permanent injunction should not
5  issue enjoining SCL not to release or disclose, with regard to a request made pursuant
6  to RCW Chapter 42.56, any confidential financial, commercial and proprietary
7  information, including without limitation any trade secret information, contained in
8  documents Elster submitted to SCL in connection with Elster's RFP for "SCL-
9  RFP3404, Advanced Metering Infrastructure."

The grounds for this motion are set forth in Elster's complaint, affidavits submitted in support thereof, and the attached memorandum, which are incorporated herein by reference. Elster may offer additional evidence at the hearing(s) on this motion.

Dated: May 25, 2016

GORDON & REES LLP

By:  /s/Allen W. Estes
     Allen W. Estes III WSBA # 34526

By:  /s/ John V. Leary
     John V. Leary, WSBA # 36345

Attorneys for Plaintiff ELSTER SOLUTIONS LLC
Gordon & Rees LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5100
Fax: (206) 689-2822
aestes@gordonrees.com
jleary@gordonrees.com

00246065-1
PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION -2 (2:16-cv-00771)

/28178749v.1

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822