UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELSTER SOLUTIONS, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>THE CITY OF SEATTLE, a municipal corporation; SEATTLE CITY LIGHT, a publicly owned utility; MUCKROCK FOUNDATION, INC., a Massachusetts corporation; and PHIL MOCEK, an individual,<br><br>Defendants. | NO. 2:16-cv-00771<br><br>**DECLARATION OF ALLEN W. ESTES, III IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION** |

I, Allen W. Estes, III, am over the age of 18, have personal knowledge of all the facts stated herein and declare as follows:

1. I am a partner at Gordon & Rees, LLP and one of the attorneys representing Elster Solutions, LLC ("Elster") in the above-captioned case.

2. I make this Declaration in support of Elster's Motion For Temporary Restraining Order And For Order to Show Cause Regarding Preliminary Injunction, and to provide the certification pursuant to Rule 65(b)(1)(B) of the Federal Rules of Civil Procedure.

00246065-1
DECLARATION OF ALLEN W. ESTES, III IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUCTION -1
(2:16-cv-00771)

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

3. Attached hereto as **Exhibit A** is a true and correct copy of Seattle City Light's Request for Proposal 3404.

4. On May 24, 2016, at approximately 11:42 am, I had a teleconference with Jessica Nadelman, an attorney for the City of Seattle to clarify the City of Seattle's self imposed deadline of March 25, 2016 for filing a TRO with the Court in order to prevent the disclosure of an unredacted version of Elster Solutions, LLC's Proposal to Defendants MuckRock Foundation, Inc., Phil Mocek and other general members of the public pursuant to Defendant's Public Record Request.  During the conversation I informed Ms. Nadelman that Elster was going to file a Motion for a Temporary Restraining Order and Preliminary Injunction in the United States District Court for the Western District of Washington at Seattle on May 25, 2016.

5. On May 24, 2016, I emailed Ms. Nadelman to ask her if she would accept service on behalf of the City of Seattle.  She advised me to serve the Mayor's office.  A true and correct copy of this email exchange is attached hereto as **Exhibit B**.

6. On May 25, 2016, I provided Ms. Nadelman with a courtesy copy of Elster's moving papers so that she was aware the Elster's Motion for Injunctive Relief was pending in this Court and I instructed my office to formally serve the Mayor's Office with all pleadings.

7. On May 25, 2016, I emailed Defendant Phil Mocek and Defendant MuckRock Foundation, Inc., the latter through its registered agent Michael Morisy, to notify them (i) that Gordon & Rees LLP represents Elster in regard to this proceeding; (ii) that on this same date, Elster intends to file an action in federal court, Washington's Western District, and to seek a temporary restraining order to bar SCL from disclosing Elster's Proposal until such time that a hearing can be held regarding a preliminary and/or permanent injunction.  Attached to my e-mails were copies of the Complaint For Injunctive and Declaratory Relief, Motion for Temporary Restraining Order And Order To Show Cause Regarding Preliminary Injunction;

00246065-1
DECLARATION OF ALLEN W. ESTES, III IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION -2
(2:16-cv-00771)

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

1  supporting Memorandum and Declarations, and Proposed Order.  A true and correct copy of my email to Defendants Mocek and MuckRock is attached hereto as **Exhibit C**.

8. Attached hereto as **Exhibit D** is a true and correct copy of the Table of Contents to Elster's Proposal.

9. Attached hereto as **Exhibit E** is a true and correct copy of the email dated April 26, 2016 from SCL's Public Disclosure Officer, Stacy Irwin re: Third Party Notification."

10. Attached hereto as **Exhibit F** is a true and correct copy of the email transmittal dated May 4, 2016, and the accompanying letter of the same date from Elster/Honeywell to the City of Seattle.

11. Attached hereto as **Exhibit G** is a true and correct copy of the email dated May 4, 2016 from Stacy Irwin to Mary Self.

12. Attached hereto as **Exhibit H** is a true and correct copy of the email dated May 4, 2016 from Mary Self to Stacy Irwin.

13. Attached hereto as **Exhibit I** is a true and correct copy of the email dated May 11, 2016 from Stacy Irwin to Mary Self.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

EXECUTED at Seattle, Washington this 25th day of May, 2016.

*/s/Allen W. Estes*
Allen W. Estes, III WSBA #34526

00246065-1
DECLARATION OF ALLEN W. ESTES, III IN SUPPORT OF PLAINTIFF'S MOTION FOR TEMPORARY RESTRAINING ORDER AND FOR ORDER TO SHOW CAUSE REGARDING PRELIMINARY INJUNCTION -3
(2:16-cv-00771)

**GORDON & REES** LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822