UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELSTER SOLUTIONS, LLC , a Delaware Limited Liability Company,<br>Plaintiff,<br>                    Plaintiff,<br>    vs.<br>THE CITY OF SEATTLE, a municipal corporation; SEATTLE CITY LIGHT, a publicly owned utility; MUCKROCK FOUNDATION, INC., a Massachusetts corporation; and PHIL MOCEK, an individual<br>                    Defendant. | NO. 2:16-CV-00771<br><br>**CORPORATE DISCLOSURE STATEMENT** |

TO:        ALL PARTIES HEREIN AND TO THEIR COUNSEL OF RECORD

AND TO:    CLERK OF THE ABOVE-ENTITLED COURT

Plaintiff Elster Solutions, LLC submits this Corporate Disclosure Statement pursuant to Fed. R Civ. P 7.1 and LCR 7.1.

**1.    Does Elster have any parent corporation or any publicly held corporation owning more than 10% of its stock?**

Yes, it is owned directly 100% by Elster Solutions Corporation and indirectly 100% owned by Honeywell International Inc., a public company.

00246026-1
CORPORATE DISCLOSURE
STATEMENT -1
(2:16-CV-00771)

00244411-1

**GORDON & REES**
LLP
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

**2.     Is Elster a joint venture or limited liability corporation (LLC) with members or owners?**

Yes, Elster Solutions, LLC is a LLC with one member (Elster Solutions Corp., an entity which is ultimately owned 100% by Honeywell International Inc.).

**3.     Is Elster a partnership or limited liability partnership (LLP) with any partners?**

No.

4.     **Is Elster an unincorporated association with any corporate members?**

No.

Respectfully submitted,

Dated: May 25, 2016                    GORDON & REES LLP

By:     /s/Allen W. Estes III
        Allen W. Estes III, WSBA #34526

By:     /s/ John V. Leary
        John V. Leary, WSBA #36345

Attorneys for Plaintiff ELSTER SOLUTIONS, LLC
Gordon & Rees LLP
701 5th Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5100
Fax: (206) 689-2822
aestes@gordonrees.com
jleary@gordonrees.com

00246026-1
CORPORATE DISCLOSURE STATEMENT -2
(2:16-CV-00771)

00244411-1

**GORDON & REES LLP**
701 5th Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822