# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ELSTER SOLUTIONS, LLC, a Delaware Limited Liability Company, | ) ) ) No.   2:16-cv-00771 |
| Plaintiff, | ) ) ) NOTICE OF APPEARANCE |
| vs. | ) ) |
| THE CITY OF SEATTLE, a municipal corporation; SEATTLE CITY LIGHT, a publicly owned utility; MUCKROCK FOUNDATION, INC., a Massachusetts corporation; and PHIL MOCEK, an individual, | ) **[CLERK'S ACTION REQUIRED]** ) ) ) ) ) |
| Defendants. | ) ) |

TO:     Clerk of the above-entitled court; and

TO:     Elster Solutions, LLC, Plaintiff above-named, and their attorneys, Allen W. Estes III and John V. Leary:

PLEASE NOTE that Defendants The City of Seattle and Seattle City Light, a department of the City of Seattle, by and through their undersigned attorneys, and without waiving any objections as to improper service, process, jurisdiction, venue, or any other Rule 12 insufficiencies, hereby enters their appearance in this action and requests that all future papers and pleadings in this matter, except original process, be served on these attorneys at the address stated below.

NOTICE OF APPEARANCE - 1

**PETER S. HOLMES**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200

Please make note that the Seattle City Attorney's Office **mailing/delivery address** is:

701 5th Avenue, Suite 2050
Seattle, WA  98104-7097

DATED this 26th day of May 2016.

                                            PETER S. HOLMES
                                            Seattle City Attorney

By:     */s/ Jessica Nadelman*
       Jessica Nadelman, WSBA #27569
       Email: Jessica.Nadelman@seattle.gov
       Telephone: (206) 386-0075

       */s/ Erica Franklin*
       Erica Franklin, WSBA #43477
       Email: Erica.Franklin@seattle.gov
       Telephone: (206) 733-9309

       Assistant City Attorneys
       Attorneys for Defendants
       City of Seattle

*Service through CM/ECF system.

NOTICE OF APPEARANCE - 2

**PETER S. HOLMES**
Seattle City Attorney
701 5th Avenue, Suite 2050
Seattle, WA 98104-7097
(206) 684-8200