Honorable Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ELSTER SOLUTIONS, LLC., a Delaware Limited Liability company,<br><br>    Plaintiff,<br><br>v.<br><br>THE CITY OF SEATTLE, a municipal corporation; SEATTLE CITY LIGHT, a publicly owned utility, MUCKROCK FOUNDATION, INC., a Massachusetts corporation; and PHIL MOCEK, an individual<br><br>    Defendants. | Case No. 2:16-cv-00771 RSL<br><br>STIPULATION AND PROPOSED ORDER FOR FURTHER EXTENSION OF TIME TO ANSWER COMPLAINT |

After stipulation by the parties, this Court extended Defendant MuckRock Foundation Inc.'s (MuckRock) time to answer the complaint to July 19, 2016. However, Plaintiff is willing to extend MuckRock's time to answer for another 60 days (September 19, 2016), or 30 days from receiving written notice from this Court that it has completed *in camera* review, whichever occurs first.

Accordingly, the parties stipulate that Defendant MuckRock's answer shall be due on September 19, 2016, or 30 days from receiving written notice from this Court that it has completed *in camera* review, whichever occurs first.

Dated this 13th day of July, 2016.          Respectfully Submitted,

FOCAL PLLC

By: *s/ Venkat Balasubramani*

STIPULATION AND PROPOSED ORDER FOR FURTHER
EXTENSION OF TIME TO ANSWER COMPLAINT
(Case No. 2:16-cv-00771) – 1

focal PLLC
900 1st Ave. S., Suite 203
Seattle, Washington  98134
telephone (206) 529-4827
fax (206) 260-3966

Venkat Balasubramani, WSBA #28269
900 1st Avenue S., Suite 203
Seattle, Washington 98134
Tel: (206) 529-4827
Fax: (206) 260-3966
Email: venkat@focallaw.com

*Attorney for Defendant MuckRock Foundation, Inc.*

GORDON & REES LLP

By: *s/ John Leary*
John Leary, WSBA #36345
Allen Estes, WSBA #34526
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Tel: (206) 695-5100
Fax: (206) 689-2822
Email: aestes@gordonrees.com
Email: jleary@gordonrees.com

*Attorneys for Plaintiff Elster Solutions, LLC*

STIPULATION AND PROPOSED ORDER FOR FURTHER
EXTENSION OF TIME TO ANSWER COMPLAINT
(Case No. 2:16-cv-00771) – 2

**focal** PLLC
900 1st Ave. S., Suite 203
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966

**[PROPOSED] ORDER GRANTING STIPULATION FOR FURTHER EXTENSION OF TIME TO ANSWER COMPLAINT**

Having considered the parties' Stipulation For Further Extension of Time to Answer Complaint, IT IS HEREBY ORDERED that the Defendant MuckRock Foundation, Inc.'s answer shall be due on or before September 19, 2016, or 30 days from receiving written notice from this Court that it has completed *in camera* review, whichever occurs first.

Dated _____          _____

U.S. District Court Judge

Presented by:

FOCAL PLLC
Venkat Balasubramani, WSBA #28269
900 1st Avenue S., Suite 203
Seattle, Washington 98134
Tel: (206) 529-4827
Fax: (206) 260-3966
Email: venkat@focallaw.com

*Attorney for Defendant MuckRock Foundation, Inc.*

GORDON & REES LLC
John Leary, WSBA #36345
Allen Estes, WSBA #34526
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Tel: (206) 695-5100
Fax: (206) 689-2822
Email: jleary@gordonrees.com
Email: aestes@gordonrees.com

*Attorneys for Plaintiff Elster Solutions, LLC*

STIPULATION AND PROPOSED ORDER FOR FURTHER
EXTENSION OF TIME TO ANSWER COMPLAINT
(Case No. 2:16-cv-00771) – 3

focal PLLC
900 1st Ave. S., Suite 203
Seattle, Washington 98134
telephone (206) 529-4827
fax (206) 260-3966